

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2016

No. 04-16-00547-CV

**IN THE INTEREST OF M.T., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01326
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record, which was due to be filed on September 8, 2016, has not been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle